**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00319-03 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JUSTIN D. JENKINS | MAGISTRATE JUDGE HAYES |

**ORDER**

The Report and Recommendation (Record Document 51) of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant Justin D. Jenkins, and adjudges him guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of January, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT