# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**UNITED STATES OF AMERICA**                  **CASE NO.  3:17-CR-00319-03**

**VERSUS**                                                     **JUDGE S. MAURICE HICKS, JR.**

**JUSTIN D JENKINS (03)**                         **MAGISTRATE JUDGE HAYES**

### MINUTES OF COURT:
### Sentencing

| Date: | May 02, 2019 | Presiding: Judge S. Maurice Hicks |
|---|---|---|
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 2:55 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 00:55 | Courtroom: | 2nd Floor Courtroom |
| | | Probation Officer: | Mark Miller |

### APPEARANCES

| Seth D Reeg   (AUSA) | For | United States of America |
|---|---|---|
| Robert S Noel II   (CJA) | For | Justin D Jenkins (03), Defendant |
| Justin D Jenkins (03) | | Defendant (LOCATION RELEASE) |

### PROCEEDINGS

**COMMENTS/RULINGS:**

The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report and its addendum.

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 1 day as to Count 1, with credit for time served on the date of his arrest on December 18, 2017.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years as to Count 1.

The defendant was ordered to pay a $100 special assessment to the Crime Victim Fund, to be paid immediately to the U.S. Clerk of Court. No fine is ordered.

The Court' s previous order for the defendant to pay $200 per month to help defray the cost of legal representation is hereby terminated.  Once Mr. Noel submits his final CJA voucher any excess payments shall be refunded to the defendant.

The defendant is notified of the right to appeal.  If a Notice of Appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the presentence report, under seal, to the Court of Appeals.  If the defendant wishes to appeal, the Federal Public Defender's Office will be appointed to represent defendant.